CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America<br>v.<br>**Richard Padilla**<br>DOB: 1994; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**26-04363MJ** |
|---|---|

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 27, 2026, at or near Nogales, in the District of Arizona, **Richard Padilla** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 27, 2026, at approximately 6:45 p.m., Richard PADILLA entered the United States (U.S.) from the Republic of Mexico at the Mariposa Port of Entry in Nogales, Arizona. PADILLA was the sole occupant of a 2023 Toyota Camry bearing an Arizona license plate. PADILLA was not the registered owner. The primary Customs and Border Protection (CBP) officer referred PADILLA for a secondary inspection after noting the vehicle had no previous inbound crossings and that the vehicle had gone outbound into Mexico earlier in the day. The officer asked about PADILLA's purpose of travel, and PADILLA responded he had visited a friend. The officer noted that PADILLA hesitated to answer follow-up questions about the friend but eventually said the friend had changed jobs and PADILLA just wanted to visit him. PADILLA stated he was headed home to Phoenix, Arizona. PADILLA stated the vehicle belongs to his wife, but he took responsibility for the vehicle. During the secondary inspection, an officer took a binding negative declaration from PADILLA that included agriculture items, alcohol, tobacco, firearms, drugs, ammunition, and money exceeding $10,000. Officers x-rayed the vehicle and observed anomalies inside the doors. During the x-ray inspection, an officer had to ask PADILLA twice to turn off the car and hand over the keys, and the officer observed that PADILLA looked pale, confused, and was holding the steering wheel with both hands. A CBP canine, trained to detect the odor of narcotics, alerted to a trained odor emanating from the vehicle doors and gas tank area of the vehicle. Officers searched the vehicle and found 61 packages of suspected narcotics concealed inside the vehicle doors and gas tank. A representative sample of the contents of the packages was field tested and yielded positive results for the properties of methamphetamine. The packages of methamphetamine weighed 28.92 kilograms.

After waiving his *Miranda* rights, PADILLA initially said he had recently been laid off from his job but is working in his family business making and selling candy wrapped apples. PADILLA stated that he went to Mexico to do some work for a friend at a bar.

CONTINUED ON NEXT PAGE

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>TIMOTHY J MCCOY   Digitally signed by TIMOTHY J MCCOY<br>Date: 2026.03.30 10:40:55 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Special Agent Timothy McCoy<br>Homeland Security Investigations |

| Sworn to telephonically. | |
|---|---|

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>March 30, 2026 |
|---|---|

1) See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Price

26-04363MJ

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:

PADILLA stated that he also went to meet with a male subject he had recently met on Facebook. PADILLA said he was meeting the male subject to discuss buying bags to package his candy wrapped apples. PADILLA stated that when he arrived in Mexico, the male subject sent an unidentified person to pick up PADILLA's car to install a GPS. PADILLA stated that the unidentified person took the car. The male subject PADILLA met on Facebook returned the car after approximately five hours. Interviewing agents questioned PADILLA about why the male subject would want to put a GPS in PADILLA's car. PADILLA said the male subject wanted to know PADILLA's location for business. PADILLA admitted it seemed strange but still decided to let the male subject install the GPS in the vehicle. PADILLA stated that he does not normally lend his car to complete strangers. PADILLA stated that when the vehicle was returned to him, the gas indicator light was on. PADILLA said the male subject told him the indicator light was on because the GPS had damaged the electronics, causing it to read low fuel. At this point during the interview, interviewers had not told that narcotics were found in the gas tank. PADILLA stated that he and the male subject had not exchanged payment. PADILLA said the male subject and his friend from the bar don't know each other.

PADILLA gave consent for interviewing agents to examine his cell phone. Agents reviewed PADILLA's phone and found a photo sent to the male subject which included words that translate into English as "payment method" and "debit card," followed by a string of 16 numbers, then followed by a message that translates into English as, "here is it please." When confronted, PADILLA stated he didn't send it to the male subject but that his friend from the bar did. When agents reminded PADILLA that he had said the male subject and his friend from the bar don't know each other, PADILLA did not have an explanation.

PADILLA eventually admitted he had responded to a Facebook post looking for people to drive their cars from Mexico to the U.S. for payment. PADILLA stated he drove his car to Mexico to have the GPS installed, then he would drive to Phoenix to pick up $9,000 USD to drive back to Mexico. Once in Mexico, the male subject would pay PADILLA $3,000 USD. Agents noted PADILLA had a hard time keeping his story straight. PADILLA admitted $3,000 USD seemed like an unusually high payment but still agreed to go through with it. PADILLA couldn't explain why someone would pay $3,000 USD to have only $9,000 USD brought into Mexico. PADILLA admitted it seemed suspicious, and he was not surprised there were drugs in the car. PADILLA acknowledged he still chose to cross with the vehicle.

